UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund, | Civil No: 10-1656 (RHK/SER) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| v. | |
| North Country Fabrication, Inc., | |
| Defendant. | |

_____

Pursuant to the Notice of Dismissal (Doc. No. 10), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: July 29, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge